UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ, | 1:18-cv-00399-LJO-GSA-PC |
| Plaintiff, | ORDER STRIKING MOTION FOR LACK OF SIGNATURE<br>(ECF No. 3.) |
| vs. | |
| LEYVA, et al., | |
| Defendants. | |

Guillermo Trujillo Cruz ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. On April 20, 2018, Plaintiff filed a motion for extension of time to file objections to the court's findings and recommendations entered on March 30, 2018. (ECF No. 28.) The document is unsigned. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, filed on April 20, 2018, is STRICKEN from the record for lack of signature.

IT IS SO ORDERED.

   Dated: __**April 23, 2018**__        _____**/s/ Gary S. Austin**_____
                                                   UNITED STATES MAGISTRATE JUDGE